**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

SEP 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50587 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-02474-AJB |
| v. | |
| HEATHER VILLA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted September 21, 2015**

Before:    REINHARDT, LEAVY, and BERZON, Circuit Judges.

Heather Villa appeals from the district court's judgment and challenges the

51-month sentence imposed following her guilty-plea conviction for importation of

methamphetamine, in violation of 21 U.S.C. §§ 952 and 960.    We have

---

*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**    The panel unanimously concludes this case is suitable for decision without oral argument.    See Fed. R. App. P. 34(a)(2).    Villa's motion for oral argument is denied.

jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

Villa contends that the district court erred by denying her request for a minor role reduction pursuant to U.S.S.G. § 3B1.2(b). We review the district court's interpretation of the Guidelines de novo and for clear error the factual determination that a defendant is not a minor participant. *See United States v. Hurtado*, 760 F.3d 1065, 1068 (9th Cir. 2014), *cert. denied*, 135 S. Ct. 1467 (2015). The district court denied the reduction based on factors that have not been recognized by this court. *See id*. at 1069. Looking to the factors this court has recognized and the facts of this case, it appears that Villa may be entitled to the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n.3(A), (C); *Hurtado*, 760 F.3d at 1069. Accordingly, we vacate and remand for resentencing. Upon resentencing, the district court shall consider Villa's request for a minor role reduction in light of the factors articulated in *Hurtado*.

**VACATED and REMANDED for resentencing.**

14-50587